UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE SMITH,

    Plaintiff,

v.

Case No. 1:10-cv-1178

HONORABLE PAUL L. MALONEY

ROBERT LINCOLN, et al.,

    Defendants,
_____/

## JUDGMENT

    Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants on all of plaintiff's claims for damages against defendants in their individual capacities.

Date:  April 15, 2013

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District