UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tyrone Smith,

    Plaintiff,

v.

Robert Lincoln, et al.,

    Defendants,

_____/

Case No. 1:10-cv-1178

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants on all of plaintiff's claims for damages against defendants in their individual capacities.

Date: April 15, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District